VELMA PIRRELLO, an Infant, by JOSEPH PIRRELLO, Her Guardian ad Litem, Appellant, v. KEITH E. PICKRELL et al., Respondents. — Judgment and order as to the defendant Ethel Pickrell affirmed, without costs. Judgment and order as to defendant Keith E. Pickrell reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. All concur. (The

judgment is in favor of defendants in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.